COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause numbers:   01-17-00940-CR

Style:   David Bertram v. The State of Texas

Date motion filed*:   May 21, 2018

Type of motion:   Third Motion for Extension of Time to File an Appellate Brief

Party filing motion:   Appellant's counsel Tonya Rolland

Document to be filed:   Appellant's Brief

Is appeal accelerated?   No.

If motion to extend time:

Original due date:   March 19, 2018

Number of extensions granted:   2   Current Due Date:  May 21, 2018

Date Requested:   June 22, 2018 (95 days from original due date)

Ordered that motion is:

☑ Granted

If document is to be filed, document due:  June 22, 2018.

☑   No further extensions of time will be granted.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑ Other: _____

Because appellant's counsel's third extension request presents extraordinary circumstances, the Court **grants** the motion, but counsel is warned that no further extensions will be granted. *See* TEX. R. APP. P. 2, 10.5(b)(1)(C), 38.6(d).

Judge's signature: /s/ Laura C. Higley _____

☑ Acting individually   ☐ Acting for the Court

Date: May 24, 2018 _____

November 7, 2008 Revision